**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 356 WAL 2020
:
          Respondent :
: Petition for Allowance of Appeal
: from the Order of the Superior Court
        v. :
:
:
JAMES E. KARR, :
:
          Petitioner :

**ORDER**


**PER CURIAM**

    **AND NOW**, this 3rd day of May, 2021, the Petition for Allowance of Appeal is **DENIED**.